The United States
District Court for
the Northern District
Of Illinois, Eastern
Division

JUDGE CONLON

GARY Hightower          RECEIVED          NO 04C 4457

        VS              JUL 0 6 2004

ALL ARound                     Judge     MAGISTRATE JUDGE SCHENKIER

AMusEment          MICHAEL W. DOBBINS
                   CLERK, U.S. DISTRICT COURT

Robert, Selaro          }                                    DOCKETED
                                                            JUL 0 7 2004

            Compliant

Now Comes Gary Hightower JR pray that
the & Honorable Court hear my Crys and Compliant

① Now I filed A CASE AgAINst ALL Around Amusement
INC. for NOT pAyiNg ME for MiNumuN WAGES ANd overtime
with ThE ILLINOIS DepArtment of LAbor FAir LAbor
② StANdArd

② NOW They found that what I WAS SAYING to
be true But refuse to continue to bring Legal
Action AgAINst MR Robert, I guess Because
he's A MobSter ANd got poLiticAL ties so the
LAbor BoArd BeeNiNG the CowArd they ArE
refuse to pursue this With GoverNment Authority

③ NOW Your Honor I'm disable and I get SSI I WAS diable when I WAS working for MR RoBert, My DISABILITY is BypoLar And MR RoBert told ME I WAS IN Show Business He dont have to pAy ME minimum wages

④ I WANT MR RoBert to pAy ME WhAt the LABor Bd SAid He owe ME 1,651,82 under the minimum wages LAw, 820 ILCS 105/1-15

⑤ NOW SINCE MR RoBert IgNoRed the StAte LAw And I hAd to file A CASE AgAinst him IN FedeRAl Court I'm sueing for punitive DAmAges Also 820 ILCS 105/12 (1994) for the Amount of 1,700,000 one million and seven hundred thousand

⑥ I pRAy thAt This Court gRAnt ME this Relief And whatever it feel deem

SS Gary Hightower JR
SS 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

ILLINOIS DEPARTMENT OF LABOR
Fair Labor Standards – Compliance Processing Section
160 North LaSalle Street, Suite C-1300
Chicago, Illinois  60601-3150
312-793-2804

|  |  |  |
|---|---|---|
| Gary Hightower<br>5042 N. Winthrop<br>Chicago, Illinois 60640<br><br>CLAIMANT,<br><br>v.<br><br>All Around Amusement, Inc.<br><br>RESPONDENT EMPLOYER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <u>NOTICE OF DISMISSAL</u><br><br><br><br><br>DATE: June 1, 2004<br><br><br><br>FILE:  02-A01324 |

Dear Mr. Hightower:

Please be advised that we have conducted a thorough review of your claim. The record of evidence reveals that extensive work has taken place on your behalf in an effort to resolve your claim. Our investigation concluded and we made various attempts to conciliate the matter with the respondent employer. There are no further actions we can take on your behalf.

We are, therefore, unable to assist you any further and must dismiss your claim.

You may pursue other legal action if you so desire. Please note that there are statutes which limit the time you have to file a lawsuit. The determination above does not preclude any other recourses that may be available to you.

Very truly yours,
Fair Labor Standards Division

**ILLINOIS DEPARTMENT OF LABOR**
Fair Labor Standards Division
160 North LaSalle Street, Suite C-1300
Chicago, Illinois 60601

### NOTICE OF LEGAL ACTION

APRIL 30, 2004

ROBERT SALERNO
ALL AROUND AMUSEMENT, INC.
21342 W. DIVISION
LOCKPORT, IL 60441

     File Number: 02-A01324

Dear Employer:

This Division has previously notified you of your failure to pay the employees named on the attached schedule, the amounts indicated as wages under the Minimum Wage Law, **820 ILCS 105/1-15.** We have attempted to resolve this matter by requesting your compliance through the payment indicated. We have not received your payment.

Since you have failed to comply with the Act, we have begun the process necessary to refer this matter for court action by the Illinois Attorney General or the local States Attorney.

**IF YOU WISH TO AVOID ANY FURTHER ACTION IN THIS MATTER, SUBMIT PAYMENT AS REQUESTED.** Please send checks to this office made payable as per the following example: "**JANE DOE (employee's name) OR ILLINOIS DEPARTMENT OF LABOR.**" **DO NOT USE THE WORD "AND".**

**PLEASE LIST EACH EMPLOYEE'S INDIVIDUAL NAME AND THE ILLINOIS DEPARTMENT OF LABOR ON EACH INDIVIDUAL PAYCHECK. CHECKS MUST BE VALID FOR ONE YEAR IN AMOUNT INDICATED IN THE COLUMN LABELED** "amount owed" for each employee on the summary sheets. Legal deductions as required by law are to be taken.

Unless Payment is made within fifteen (15) days of receipt of the notice, this case may be referred to the Office of the Illinois Attorney General or the local States Attorney for court action under the provisions of the Act cited above. That office may file a criminal or civil complaint for the nonpayment of wages, which may result in penalties and punitive damages. **820 ILCS 105/12(1994).**

Sincerely,
Fair Labor Standards Division

Illinois Department of Labor
Fair Labor Standards Division
Ron Ward #5
#02-A01324
All Around Amusement
21342 W. Division
Lockport, IL 60441
815-725-2323

| EMPLOYEE NAME | ADDRESS | CITY/STATE/ZIP | SOC.SEC.# | TOTAL WAGES DUE EMPLOYEE |
|---|---|---|---|---|
| Hightower, Gary Jr. | 5042 N. Winthrop | Chicago, IL 60640 | 331527081 | $1,651.82 |
| | | TOTAL WAGES DUE | | $1,651.82 |

ILLINOIS DEPARTMENT OF LABOR
Fair Labor Standards Division
160 North LaSalle, Suite C-1300
Chicago, Illinois  60601

**FORMAL REQUEST FOR COMPLIANCE**

MARCH 23, 2004

ROBERT SALERNO
ALL AROUND AMUSEMENT, INC.
21342 W. DIVISION
LOCKPORT,  IL   60441

FILE NO: 02-A01324

Dear Employer:

Pursuant to a field investigation, this Division has determined that the employer did not pay the minimum wage and/or overtime pay as required under the **Minimum Wage Law, 820 ILCS 105/1-15**, and that the employees listed on the enclosed summary sheet are owed back pay.

This Division formally requests that you bring your business into compliance with the Act and pay the stated wages to the named employees.

Please send checks to this office made payable as per the following example: "JANE DOE (employee's name) OR ILLINOIS DEPARTMENT OF LABOR." DO NOT USE THE WORD "AND".

PLEASE LIST EACH EMPLOYEE'S INDIVIDUAL NAME AND THE ILLINOIS DEPARTMENT OF LABOR ON EACH INDIVIDUAL PAYCHECK. CHECKS MUST BE VALID FOR ONE YEAR IN AMOUNT INDICATED IN THE COLUMN LABELED "amount owed" for each employee on the summary sheets. Legal deductions as required by law are to be taken.

Unless Payment is made within fifteen (15) days of receipt of this notice, this case may be referred to the Office of the Illinois Attorney General for court action under the provisions of the Minimum Wage Law cited above.  That office may file a criminal or civil complaint for the nonpayment of wages, which may result in penalties and punitive damages. **820 ILCS 105/12.**

In addition, please be advised that discrimination in any manner against an employee who makes a wage complaint, or testifies in an investigation by this agency, is prohibited under **Section 11 (c) of the Minimum Wage Law. 820 ILCS 105/11(c).**

We appreciate your anticipated cooperation and compliance with the labor statutes of this state.

Sincerely
Fair Labor Standards Division

Illinois Department of Labor
Fair Labor Standards Division
Ron Ward #5
#02-A01324
All Around Amusement
21342 W. Division
Lockport, IL 60441
815-725-2323

| EMPLOYEE NAME | ADDRESS | CITY/STATE/ZIP | SOC.SEC.# | TOTAL WAGES DUE EMPLOYEE |
|---|---|---|---|---|
| Hightower, Gary Jr. | 5042 N. Winthrop | Chicago, IL 60640 | 331527081 | $1,651.82 |
| TOTAL WAGES DUE | | | | $1,651.82 |

ILLINOIS DEPARTMENT OF LABOR
Fair Labor Standards Division
160 North LaSalle Street, Suite C-1300
Chicago, Illinois 60601

NOTICE OF NONCOMPLIANCE WITH MINIMUM WAGE LAW

FEBRUARY 13, 2004

ROBERT SALERNO
ALL AROUND AMUSEMENT, INC.
21342 W. DIVISION
LOCKPORT, IL 60441

File Number: 02-A01324

Dear Employer:

Pursuant to an investigation of the above-named establishment, our division has determined that your company has not complied with the provisions of the **Minimum Wage Law, 820 ILCS 105/1-15**. In order for the establishment to come into compliance with the Act, each employee named on the accompanying summary sheet must be paid the minimum wage and/or overtime back pay.

Please send checks to this office made payable as per the following example: "JANE DOE (employee's name) OR ILLINOIS DEPARTMENT OF LABOR." **DO NOT USE THE WORD "AND"**.

**PLEASE LIST EACH EMPLOYEE'S INDIVIDUAL NAME AND THE ILLINOIS DEPARTMENT OF LABOR ON EACH INDIVIDUAL PAYCHECK. CHECKS MUST BE VALID FOR ONE YEAR** IN AMOUNT INDICATED IN THE COLUMN LABELED "amount owed" for each employee on the summary sheets. Legal deductions as required by law are to be taken.

You may file a request for review of this determination. Such a request must be in letter form and filed **WITHIN 15 DAYS** after receipt of this notice. The request shall be prominently marked **"REQUEST FOR REVIEW OF INSPECTION RESULT"** on both the letter and envelope and shall be mailed or delivered to the Department's Chicago Office. The request must set forth the reasons why the employer believes the determination is incorrect as a matter of law or fact or, if applicable, any newly discovered evidence the employer could not have discovered during the course of the inspection.

Thank you for your cooperation and anticipated compliance with the labor statutes of this state.

Sincerely,
Fair Labor Standards Division

Illinois Department of Labor
Fair Labor Standards Division
Ron Ward #5
#02-A01324
All Around Amusement
21342 W. Division
Lockport, IL 60441
815-725-2323

| EMPLOYEE NAME | ADDRESS | CITY/STATE/ZIP | SOC.SEC.# | TOTAL WAGES DUE EMPLOYEE |
|---|---|---|---|---|
| Hightower, Gary Jr. | 5042 N. Winthrop | Chicago, IL 60640 | 331527081 | $1,651.82 |
| | | TOTAL WAGES DUE | | **$1,651.82** |



**ILLINOIS DEPARTME... LABOR**
Fair Labor Standards Division
160 N. LaSalle, Suite C-1300
Chicago, IL 60601
312/793-2804

#5

| 1. Compliance Officer | | 2. Number |
|---|---|---|
| | | 8 & 9 |

3. File Number  #02.A01324

## INSPECTION REPORT

5. FEIN

6. Name of Establishment  *All Around Amusement Inc.*

7. Address  *21342 W. Division   Lockport, IL  60441   Will*
    Number      Street      City      Zip Code      County

8. Main Office Address  *Same*

9. Individual Owner ☐   Partnership ☐   Corporation ☒   Other ☐

10. Senior Official's Name  *Robert Salerno*     Position  *President*

11. Person Interviewed Name  *none*     Position

12. Nature of Business  *Carnival*     Liquor Served ? ☐ Yes ☒ No

13. Time Records: ☐ Clock   ☐ Other (specify type)     ☒ None

14. Records Checked from  *not furnished*  to ____ from ____ to ____ from ____ to ____

15. Total Employees  *50 ?*     Est. Phone Number  *815-725-2323*

| | | | |
|---|---|---|---|
| **MINIMUM WAGE LAW:** | In Compl: *see below* | **IND HOME WORK LAW:** | In Compl: *NA* |
| **CHILD LABOR LAW:** | In Compl: | **STREET TRADE ACT:** | In Compl: *NA* |
| **SIX DAY WEEK LAW:** | In Compl: | **OTHER:** | In Compl: *NA* |

*Claimant only inspection*

16. THE FOLLOWING VIOLATIONS WERE FOUND. IMMEDIATE CORRECTION IS REQUIRED BY LAW.

| Law | Section | # Violations | Description of Violations |
|---|---|---|---|
| 105 | 4 | 1 | *Every employee must be paid the applicable minimum wage* |
| 105 | 4(a) | 1 | *Every employee must be paid three and one half of their hourly rate for all hours worked in excess of 40 per week* |
| 105 | 8 | 1 | *Accurate records must be maintained for all non exempt employees* |
| 105 | 11(a)3 | 1 | *Employer must provide required records to IDOL employee upon request.* |

17. Publications Left: ☐ MW  ☐ CLL  ☐ 6 Day  ☐ IHW  ☐ Poster  ☐ Other

18. Compliance Officer's Signature  *Paul O. Wenel*

Insp. Began: Date *10/24/03*  Time *1:30PM*  Return Date ____ Time ____

Return Date ____ Time ____ End Date *01/16/04*  Time *4:00PM*

19. I have been informed of the above findings and have been given a copy of same!

Signature/Title of Rep. Of Est.  *Unable to sign / Completed in Home Office*

## GENERAL INFORMATION

Wage Claim File No: #C2-AC1324

Business Name: All Around Amusement          Telephone Number: 815-725-2323

Street Address: 21342 W. Division

City: Lockport          State: IL          Zip: 60441

Business Structure: [X] Corporation     [ ] Limited Partnership     [ ] Partnership     [ ] Sole Proprietorship

[ ] Other: _____

If the business is a corporation, in which state is it incorporated? Illinois

If incorporated in another state, is the corporation registered in Illinois?   [ ] Yes     [ ] No

Who is the President of the corporation?

Name: Robert Salerno          Telephone Number: 815-725-2323

Street Address: 21342 W. Division

City: Lockport          State: IL          Zip: 60441

Who is the Registered Agent?

Name: Juanita A. Salerno          Telephone Number: some

Street Address: some

City: _____          State: _____          Zip: _____

If the business is not a corporation, who is (are) the owner(s)?  Use additional sheets if necessary.

Name: _____          Telephone Number: _____

Street Address: _____

City: _____          State: _____          Zip: _____

Is the business still operating?   [X] Yes     [ ] No   If yes, what is the average number of employees? _____

If the business is closed, has any action been filed in bankruptcy court?   [ ] Yes     [ ] No

If yes, date of filing: _____          Case No. _____

RESPONDENT EMPLOYER CERTIFIES that the foregoing, including attachments, is true and correct to the best of his/her knowledge and belief.

Executed at _____, in the State of _____, on _____, 20 ___.

Unable to sign / Completed in Home Office
Signature                                        Title or Position

_____
Type or print your name and title or position.

To:  Gary Hightower Jr.                    Date: 08-28-03

Dear Claimant:

The Illinois Department of Labor has attempted to contact you for further information required to complete the alleged complaint you filed against: All Around Amusement

Please advise us of your current address and daytime and evening phone numbers.

Please return this form within 10 days of receipt if you wish to proceed with this claim.

Note: In order for us to proceed with your claim, it will be necessary to reveal your name.

May we reveal? Yes _____    No_____

Your name_____

Your address_____

City_____State_____Zipcode_____

Daytime/Phone No._____ times _____to _____

Evening/Phone No._____ times _____to _____

Your signature_____Dated_____

Return to:        ILLINOIS DEPARTMENT OF LABOR
                  FAIR LABOR STANDARDS DIVISION
                  160 N. LASALLE STREET  Suite C-1300
                  CHICAGO, ILLINOIS  60601

(For Office Use Only)
Compliance Officer:  Ron Ward #5
File No. #02-A01324

To:  Gary Hightower Jr.                        Date: 10-21-03


Dear Claimant:

The Illinois Department of Labor has attempted to contact you for further information required to complete the alleged complaint you filed against:  All Around Amusement.

Please advise us of your current address and daytime and evening phone numbers.

Please return this form within 10 days of receipt if you wish to proceed with this claim.

Note: In order for us to proceed with your claim, it will be necessary to reveal your name.

May we reveal? Yes _____ No_____

Your name_____

Your address_____

City_____State_____Zipcode_____

Daytime/Phone No._____ times _____to _____

Evening/Phone No._____ times_____to_____

Your signature_____Dated_____

Return to:          ILLINOIS DEPARTMENT OF LABOR
                    FAIR LABOR STANDARDS DIVISION
                    160 N. LASALLE STREET  Suite C-1300
                    CHICAGO, ILLINOIS  60601

(For Office Use Only)
Compliance Officer:  Ron Ward #5
File No.  #02-A01324

CLAIMANT: Gary Hightower Jr. SS#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

FILE NO : #02-A01324

RE: Minimum Wage and Overtime Complaint

Dear Mr. Rob Saleno,

A Compliance Officer from this division will be making a review of the time and payroll records for your establishment. At this time only with your cooperation, the scope of the investigation will be limited to the above named and listed claimant(s) only. Please bear in mind, normal investigation procedure is to review records for all employees, and with reason, this department can reopen this file.

The approximate time frame that we are interested is from 05/2002 to the claimant(s) termination payroll dates. We are requesting that LEGIBLE COPIES of the time and payroll records for the stated Claimant(s), be mailed this division within 15 days of receipt of this request.

The records should contain the following: name, address, social security number, rate of pay, hours of work per day and per workweek, gross wages per pay period, proof of age (for any employee under the age of eighteen (18) and any pertinent information regarding claimant(s).

Please mail legible copies to:     ATTENTION: RONALD D. WARD, ILLINOIS DEPARTMENT OF LABOR - FAIR LABOR STANDARDS DIVISION, 160 N. LASALLE STREET, SUITE C-1300, CHICAGO, ILLINOIS 60601.

If you have any questions, please do not hesitate to contact our records coordinator at the listed address, or if you choose, you may contact me at my office, telephone number (312) 793-2804.

Sincerely,

Ronald D. Ward
Compliance Officer



**LAKEFRONT SUPPORTIVE HOUSING**
*more than a roof*

GARY HighTower JR

APT 235

**Delmar Apartments**
**5042 N. Winthrop**
**Chicago, Illinois 60640**
**Phone: (773) 506-▓▓▓** ◆ **Fax: (773) 506-3417**
3412

# Fax

**FAX NUMBER :** (312) 814-1210

**DATE:** 9-23-03

**TO:** DepT of LAboR Claim APPlicaTion — MINIMUM WAGE AND OVERTIME

**COMPANY:** LABOR DepT

**FROM:** GARY HighTower JR

**COMMENTS:** New Address 5042N WiNthrop APT 235
Chicago, IL, 60640, Claim # 02-A01324
HighTower JR VS ALL ARound AmusemenT
LompanT IN JOLieT ILL

Changed 10/14/0
L. Marshall

**Number of Pages including cover sheet:** 2
**If you have any questions concerning this fax**
**Please call: (773) 506-3414**
**Case Managers:**
TaShena Lollis, John Wessel-McCoy, and Steven Skovensky

G, HighTowerJR

# MINIMUM WAGE and OVERTIME CLAIM APPLICATION

Illinois Department of Labor
160 N. LaSalle Street, Ste. C-1300
Chicago, Illinois 60601
(312) 793-2804

PLEASE PRINT OR TYPE ALL INFORMATION
Use additional sheets if necessary. Attach copies
of all supporting documentation and other evidence.

**MW & OT**

SEP 2 4 2002

Illinois Department of Labor
CHICAGO OFFICE

| FOR OFFICE USE ONLY | | |
|---|---|---|
| Claim Number: 02-A01324 001 | | |
| 55 | 8.9 | 099 |
| C.O. # | Type | County Code |

## EMPLOYER INFORMATION - MUST BE PROVIDED

Business Name **ALL AROUND AMUSEMENT**

Street Address (Not P.O. Box) **LOMBART IN JOLIET**          City **JOLIET**

State **IL**          Zip Code _____          Telephone **(815) 725-2323**

Type of Business **CARNIVAL**          No. of Employees _____

Contact Name **RoB + Wanetta Saleno**          County **WILL**

## EMPLOYEE INFORMATION

Your Name **GARY Hightower JR**          Social Security # **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**

Address **111 W DIVISION Room 787** City **Chicago**          State **IL**

Zip Code **60610**          Daytime Telephone: **(312) 642-7150**          Birth Date **1-5-58**

Evening Telephone: **(312) 642-7150 — no longer works there**

Please indicate:  ☒ I do not want my name revealed to the employer.          **773-560-3412 — not in**
                  ☐ My name may be revealed to the employer.          **#235          service**

Your Title **LABorer**

Were you a professional employee?  ☒ Yes  ☐ No          Did your position require a college degree?  ☐ Yes  ☐ No

Were you a manager?  ☐ Yes  ☒ No          Did you supervise anyone?  ☐ Yes  ☐ No

List your primary duties: **Set up machine or rides Break down machine or rides clean up Around the Area the Carnival is showing**

How were you paid?  ☒ Salary  ☐ Hourly  ☐ Other **He said Salary to Avoid Hourly wages**

Check if you received:  ☐ Meals  ☐ Lodging  ☐ Tips  ☐ Other _____

| | Dates of Employment | | Actual Hours Worked Per Week | Wages Per Hour | Tips Per Hour |
|---|---|---|---|---|---|
| From **5-22-02** | To **9-22-02** | | **85 or more** | **$2.35** | |
| From _____ | To _____ | | | | |
| From _____ | To _____ | | | | |

TYPE OF CLAIM: ☒ Minimum Wage  ☒ Overtime  AMOUNT CLAIMED $ **5000 5,000**

I HEREBY CERTIFY that the foregoing including attachments, is true and accurate to the best of my knowledge and belief. I UNDERSTAND that acceptance of this claim by the Illinois Department of Labor does not guarantee collection. I AUTHORIZE the Department of Labor to receive any monies and to mail such monies to me at my own risk.

Signature **Gary Hightower JR**          Date **9-27-02**

**IF YOU HAVE ADDITIONAL INFORMATION, PLEASE INCLUDE WITH THIS CLAIM FORM.**

JOB AT ALL
Around Amusement
6AM Hightower 331-527-7081

| | | |
|---|---|---|
| 5-22-02 | 13.5 | 9:30am toll pm |
| 6-23-02 | 8 | 3:00pm to 11pm |
| 5-24-02 | 8 | 3:16pm to 11pm |
| 5-25-02 | 8 | 3:00pm to 11pm |
| 5-26-02 | 12 | 12pm to 12 Am |
| 5-27-02 | 17 | 12pm to 5 Am |
| 5-28-02 | 13.5 | 9:30 Am to 11pm |
| 5-30-02 | 8 | 3:00pm to 11pm |
| 5-31-02 | 11 | 12pm to 11pm |
| 6-1-02 | 13.5 | 9:30 Am to 11pm |
| 6-3-02 | 8 | 3:00pm to 11pm |
| 6-4-02 | 8 | 3:00pm to 11pm |
| 6-5-02 | 8 | 3:00pm to 11pm |
| 6-6-02 | 11 | 12pm to 11pm |
| 6-7-02 | 11 | 12pm to 11pm |
| 6-8-02 | 13.5 | 9:30 Am to 11pm |
| 6-9-02 | 8 | 3:00pm to 11pm |
| 6-10-02 | 8 | 3:00pm to 11pm |
| 6-1-02 | 8 | 3:00pm to 11pm |
| 6-2-02 | 11 | 12pm to 11pm |

| | | |
|---|---|---|
| 7-9-02 | 13.5 | 9:30 Am to 11pm |
| 7-10-02 | 8 | 3pm to 11pm |
| 7-11-02 | 8 | 3pm to 11pm |
| 7-12-02 | 8 | 3pm to 11pm |
| 7-13-02 | 17 | 12pm to 11 Am |
| 7-14-02 | 18 | 12pm to 5 Am |
| 7-16-02 | 13.5 | 9:30 Am to 11pm |
| 7-17-02 | 8 | 3pm to 11pm |
| 7-18-02 | 8 | 3pm to 11pm |
| 7-19-02 | 8 | 3pm to 11pm |
| 7-20-02 | 13 | 12pm to 1:00pm |
| 7-21-02 | 16 | 11 Am to 5:00pm |
| 7-22-02 | 5.5 | 5pm to 10:30pm |
| 7-23-02 | | 5pm to 10:30pm |
| 7-24-02 | 5.5 | 5pm to 10:30pm |
| 7-25-02 | 5.5 | 5pm to 10:30 pm |
| 7-26-02 | 6.5 | 5pm to 11:30pm |
| 7-27-02 | | 11 Am to 11:30pm |
| 7-28-02 | 8 | 8:1 pm to 5:00 Am |
| 7-29-02 | 13 | 10:Am to 11:00pm |
| 7-30-02 | | 10: Am to 6 pm |
| 7-31-02 | | 10: Am to 4:00pm |

Where I worked
ALL Around
Amusement
Carnival

Some daze They
lose/can't Let us sign in
To keep From paying us
or have a sign in Sheet
out there on the
grounds

SS. 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

Ilegal deductions

They kept deductions
shirts $25.00
They deducted $50.00
for union
They deducted $20.00
They deducted $16.00
for two months they
July And August they
deducted money out
checks for No reas
They deducted for
Sundays Even when I
worked that Night
Sundays And they he
Back one week pay
wont give it to me
At $250.00 A week

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

| Date | | Hours |
|---|---|---|
| 8-25-02 |  | 9pm to 6 Am |
| 8-27-02 | 13 | 10Am to 11pm |
| 8-28-02 | 13 | 10Am to 11pm |
| 8-29-02 | 5 | 5pm to 10pm |
| 5-30-02 | 11 | 12pm to 11pm |
| 8-31- | 11/B | 8pm to 11pm |
| 9-8-02 | 8 | 8pm to 5 Am |
| 9-8-02 | 13 | 10Am to 11pm |
| 9-8-02 | 5 | 5pm to 10pm |
| 9-5-02 | 3 | 3pm to 6pm |
| 9-6-02 | 7 | 4pm to 11pm |
| 9-7-02 | 11 | 12pm to 10pm |
| 9-11-02 | 7 | 5pm to 10pm |
| 9-12-02 | 5 | 5pm to 10pm |
| 9-13-02 | 5 | 5pm to 10pm |
| 9-14-02 | 11 | 12pm to 10pm |
| 9-18-02 | 3 | 8pm to 10pm |
| 9-19-02 | 5 | 5pm to 10pm |
| 9-20-02 | 5 | 5pm to 10pm |
| 9-21-02 | 12 | 12pm to 11pm |

They only paid me
105 & they owe me
Twenty Dollars

Pay Day for six daze 24

8-022-02
19.00
-29-02
8.00
1-8-02 10
18.00 thru 3

For two months
they havn't paid me over
two hundred Dollars
or six daze of work
1-13-02 He paid Me
58.00 for five daze
I did Not come in on Sunday
He docked 92 Dollars
for one day mess of work
Walkins About I miss
ardown

@ Every Sunday They
deducted $42.00 And the
next two Sunday They deducted
100.00 Dollars
Gary Hightower
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